**No. 09-1226. David J. Sowers, Petitioner v. Powhatan County, Virginia, et al.**

560 U.S. 965, 130 S. Ct. 3412, 177 L. Ed. 2d 324, 2010 U.S. LEXIS 4861.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 347 Fed. Appx. 898.